CLOSED, TRANSFERRED

# United States District Court
# Eastern District of Wisconsin (Milwaukee)
# CIVIL DOCKET FOR CASE #: 2:07-cv-00477-RTR
# Internal Use Only

| | |
|---|---|
| Lichter v. Merck & Co Inc et al | Date Filed: 05/23/2007 |
| Assigned to: Chief Judge Rudolph T Randa | Date Terminated: 07/09/2007 |
| Cause: 28:1332 Diversity-Wrongful Death | Jury Demand: Both |
| | Nature of Suit: 365 Personal Inj. Prod. Liability |
| | Jurisdiction: Diversity |

**Plaintiff**

**Ruth Anne Lichter**  represented by  **Willard P Techmeier**
*Individually and as Special Administrator*  The Techmeier Law Firm SC
*of the Estate of Timothy E Lichter*  Chase Tower
 111 E Wisconsin Ave - Ste 1760
 Milwaukee, WI 53202-4867
 414-223-1050
 Fax: 414-223-4355
 Email: wtechmeier@techmeier.com
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Merck & Co Inc**  represented by  **Charles W Cohen**
 Hughes Hubbard & Reed LLP
 1 Battery Park Plaza - 12th Fl
 New York, NY 10004
 212-837-6000
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

 **Theodore V H Mayer**
 Hughes Hubbard & Reed LLP
 1 Battery Park Plaza - 12th Fl
 New York, NY 10004
 212-837-6000
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

 **Todd M Weir**
 Otjen Van Ert & Weir SC
 700 N Water St - Ste 800

Milwaukee, WI 53202-4206
414-271-7271
Fax: 414-271-7272
Email: tweir@otjen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Vilia B Hayes**
Hughes Hubbard & Reed LLP
1 Battery Park Plaza - 12th Fl
New York, NY 10004
212-837-6000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael L Johnson**
Otjen Van Ert & Weir SC
700 N Water St - Ste 800
Milwaukee, WI 53202-4206
414-271-7271
Fax: 414-271-7272
Email: mjohnson@otjen.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Pfizer Inc**                          represented by    **C Paul Snyder**
Peterson Johnson & Murray SC
733 N Van Buren St - 6th Fl
Milwaukee, WI 53202-4700
414-278-8800
Fax: 414-278-0920
Email: psnyder@pjmlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James T Murray, Jr**
Peterson Johnson & Murray SC
733 N Van Buren St - 6th Fl
Milwaukee, WI 53202-4700
414-278-8800
Fax: 414-278-0920
Email: jmurray@pjmlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Pharmacia Corporation**               represented by    **C Paul Snyder**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James T Murray, Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/23/2007 | 1 | COMPLAINT (Summons(es) issued) against Merck & Co Inc, Pfizer Inc, Pharmacia Corporation filed by Ruth Anne Lichter. Consent Forms Distributed for Magistrate Judge Goodstein. Jury Demand (Filing Fee Paid $350). (Attachments: # 1 Civil Cover Sheet# 2 Merck & Co Summons# 3 Pfizer Inc Summons# 4 Pharmacia Corp Summons)(jld) |
| 05/23/2007 | 2 | CERTIFICATE of Interest by Ruth Anne Lichter. (jld) |
| 05/30/2007 | 3 | REFILED - PLEASE SEE ENTRY #5 -- SUMMONS Returned Executed by all defendants. Merck & Co Inc served on 5/25/2007, answer due 6/14/2007. (Techmeier, Willard) Modified on 5/30/2007 (jd). |
| 05/30/2007 | 4 | SUMMONS Returned Executed by Pfizer Inc. Pfizer Inc served on 5/25/2007, answer due 6/14/2007. (Techmeier, Willard) |
| 05/30/2007 | 5 | SUMMONS Returned Executed by Pharmacia Corporation. Pharmacia Corporation served on 5/25/2007, answer due 6/14/2007. (Techmeier, Willard) |
| 05/30/2007 | 6 | SUMMONS Returned Executed by Merck & Co Inc. (Techmeier, Willard) |
| 06/07/2007 | 7 | Refusal to Jurisdiction by US Magistrate Judge by Ruth Anne Lichter. (Techmeier, Willard) |
| 06/13/2007 | 8 | NOTICE of Appearance by James T Murray, Jr on behalf of Pfizer Inc, Pharmacia Corporation. Attorney(s) appearing: James T. Murray, Jr. and C. Paul Snyder (Murray, James) |
| 06/13/2007 | 9 | STIPULATION *to Extend Time in Which to File an Answer* by Pfizer Inc, Pharmacia Corporation. (Attachments: # 1 Text of Proposed Order)(Murray, James) |
| 06/13/2007 | 10 | CERTIFICATE OF SERVICE by Pfizer Inc, Pharmacia Corporation (Murray, James) |
| 06/13/2007 | 11 | ORDER, Pfizer Inc answer due 6/28/2007; Pharmacia Corporation answer due 6/28/2007. Signed by Judge Rudolph T Randa on June 13, 2007. (cc: all counsel)(Randa, Rudolph) |
| 06/13/2007 |  | (Court only) ***Attorney C Paul Snyder for Pfizer Inc and Pharmacia Corporation added. (jld) |
| 06/26/2007 | 12 | ANSWER to Complaint with Jury Demand by Pfizer Inc, Pharmacia Corporation.(Murray, James) |
| 06/26/2007 | 13 | CERTIFICATE of Interest by Pfizer Inc, Pharmacia Corporation. (Murray, James) |
| 06/26/2007 | 14 | CERTIFICATE OF SERVICE by Pfizer Inc, Pharmacia Corporation (Murray, James) |

| | | |
|---|---|---|
| 06/28/2007 | 15 | STIPULATION *to Dismiss Affirmative Defense* by Pfizer Inc, Pharmacia Corporation. (Attachments: # 1 Text of Proposed Order)(Snyder, C) |
| 06/28/2007 | 16 | CERTIFICATE OF SERVICE by Pfizer Inc, Pharmacia Corporation (Snyder, C) |
| 06/29/2007 | 17 | ANSWER to Complaint with Jury Demand by Merck & Co Inc.(Johnson, Michael) |
| 06/29/2007 | 18 | STATEMENT by Merck & Co Inc *Pursuant to Rule 7.1*. (Johnson, Michael) |
| 06/29/2007 | 19 | Refusal to Jurisdiction by US Magistrate Judge by Merck & Co Inc. (Johnson, Michael) |
| 06/29/2007 | | (Court only) ***Attorneys Todd M Weir, Theodore V H Mayer, Vilia B Hayes and Charles W Cohen for Merck & Co Inc added. (jld) (Entered: 07/05/2007) |
| 07/02/2007 | 20 | ORDER regarding fifth defense in the answer of Pfizer Inc and Pharmacia Corporation. Signed by Judge Rudolph T Randa on July 2, 2007. (cc: all counsel)(Randa, Rudolph) (Entered: 07/03/2007) |
| 07/09/2007 | 21 | NOTICE of Hearing: Federal Rule of Civil Procedure 16(b) Telephonic Scheduling Conference set for 8/29/2007 09:30 AM before Chief Judge Rudolph T Randa. (cc: all counsel) (Zik, Linda) |
| 07/09/2007 | 22 | Certified copy of MDL Order Transferring Case to the Northern Dist of CA. (cc: all counsel)(kmm) |
| 07/09/2007 | | (Court only) ***Case Terminated. (kmm) |