Martin G. Rubenstein, Esquire
Levy, Baldante, Finney, Rubenstein, Cohen
& Chizmar, P.C.
100 High Street – Suite 101
Mount Holly,  NJ  08060
800-601-1616

Attorneys for Plaintiff, Ruth Anne Lichter, Individually as
Special Administrator of the Estate of Timothy Lichter

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **Case No 07-3591 CRB**<br><br>**MDL NO. 1699**<br>**District Judge:  Charles R. Breyer** |
| Ruth Anne Lichter, Individually as Special Administrator of the Estate of Timothy Lichter<br><br>                          Plaintiff,<br><br>                vs.<br><br>Pfizer Inc., et al.<br>                          Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, RUTH ANNE LICHTER, INDIVIDUALLY AS SPECIAL

ADMINISTRATOR OF THE ESTATE OF TIMOTHY LICHTER, and Defendants, by and

through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and

hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own

attorneys' fees and costs.

DATED: _10/21_, 2009

Martin G. Rubenstein, Esquire
Levy, Baldante, Finney, Rubenstein, Cohen
& Chizmar, P.C.
100 High Street – Suite 101
Mount Holly, NJ  08060
800-601-1616

By: _____
      Martin G. Rubenstein, Esquire
      Attorney for Plaintiff

11/12/10

DATED: _____, 2009

DLA PIPER LLP (US)

By: _____
      Michelle W. Sadowsky
      Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
IT IS SO ORDERED.**

Dated: _Nov. 15, 2010_

Hon. Charles R. Breyer
United States Di'



IT IS SO ORDERED

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Error! Unknown document property name.